**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                CASE NO:  8:06-CR-64-T-30MAP

VICTOR MANUEL MALDONADO-TORRES
_____/

**ORDER**

THIS CAUSE comes before the Court on Defendant's Motion to Obtain Sentencing Transcript In Forma Pauperis (Dkt. #42).  A review of the file reveals that a sentencing transcript from the September 26, 2006 sentencing has not been prepared.  Defendant filed a Motion to vacate his sentence pursuant to 28 U.S.C. § 2255 on June 12, 2007.  Said Motion was denied on September 19, 2007.  On October 19, 2010, the Eleventh Circuit Court of Appeals denied Defendant's application to file a second or successive motion to vacate, set aside or correct sentence of 2255.

A federal prisoner seeking to collaterally attack his conviction is not automatically entitled to free transcripts.  *United States v. MacCollom*, 426 U.S. 317, 325-326 (1976).  To be entitled to a transcript, the prisoner must show a particularized need.  That is, a defendant must identify a non-frivolous issue for which the transcript is necessary.  Here, the Defendant has not identified such an issue.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Obtain Sentencing Transcript In Forma Pauperis (Dkt. #42) is DENIED without prejudice.  Once

Defendant identifies a particularized need for such transcript, the issue will be reconsidered by this Court.

  **DONE** and **ORDERED** in Tampa, Florida on November 29, 2010.

                           JAMES S. MOODY, JR.
                           UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2006\06-cr-64.ifp 42.wpd