**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                  CASE NO:  8:06-CR-64-T-30MAP

VICTOR MANUEL MALDONADO-TORRES
_____/

**ORDER**

THIS CAUSE comes before Defendant's Motion for Reconsideration to Obtain Sentencing Transcripts *In Forma Pauperis* (Dkt. #44).  The Court notes that the Eleventh Circuit denied Defendant's request to file a second or successive § 2255 motion.  And Defendant has not identified any issues for which the sentencing transcript is necessary. Defendant claims his issue is "actual innocence."  A sentencing transcript will not assist Defendant in showing actual innocence.  It is therefore

ORDERED AND ADJUDGED that Defendant's Motion for Reconsideration to Obtain Sentencing Transcripts *In Forma Pauperis* (Dkt. #44) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2006\06-cr-64.reconsider 44.wpd